# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**LAURIE BISHOP,**

      **Plaintiff,**

**v.**                                                       Case No:   6:15-cv-2118-Orl-22KRS

**VIP TRANSPORTATION GROUP, LLC, BARBARA WHITE and SIMON WHITE,**

      **Defendants.**

## ORDER

This cause is before the Court on Defendants' Motion to Dismiss Count III of Plaintiff's Complaint (Doc. No. 6) filed on January 11, 2016.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed March 15, 2016 (Doc. No. 19), is ADOPTED and CONFIRMED and made a part of this Order.

2. The Defendants' Motion to Dismiss Count III of Plaintiff's Complaint is hereby GRANTED.

3. Count III of the Complaint is hereby DISMISSED.

**DONE** and **ORDERED** in Orlando, Florida on March 30, 2016.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record