# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

LAURIE BISHOP,

                        **Plaintiff,**

v.                                                    **Case No:   6:15-cv-2118-Orl-22KRS**

VIP TRANSPORTATION GROUP,
LLC, BARBARA WHITE and SIMON
WHITE,

                        **Defendants.**

---

## ORDER

This cause is before the Court on Defendants' Motion to Dismiss Count III of Plaintiff's Amended Complaint (Doc. No. 29) filed on May 24, 2016.

The United States Magistrate Judge has submitted a report recommending that the Court decline to exercise jurisdiction over the Florida Deceptive and Unfair Trade Practices Act ("FDUTPA") claim, and that the Motion be DENIED as moot.   Alternatively, the Magistrate Judge recommends granting in part the Motion to Dismiss Count III.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation with respect to declining to exercise supplemental jurisdiction over the FDUTPA claim.

Therefore, it is **ORDERED** as follows:

1.      The Report and Recommendation filed August 2, 2016 (Doc. No. 33), is ADOPTED and CONFIRMED and made a part of this Order as to the recommendation to decline to exercise supplemental jurisdiction over Count III.

2.      Pursuant to 28 U.S.C. § 1367, the Court declines to exercise supplemental jurisdiction over Plaintiff's Florida Deceptive and Unfair Trade Practices Act ("FDUTPA") claim.   Count III of the Amended Complaint is hereby DISMISSED WITHOUT PREJUDICE. Pursuant to 28 U.S.C. § 1367(d), the limitations period for the claims asserted is tolled for a period of 30 days after the date of this Order.

3.      This case shall proceed on the Fair Labor Standards Act ("FLSA") claims for overtime compensation, and minimum wage (Counts I and II).

4.      The Defendants' Motion to Dismiss Count III of Plaintiff's Amended Complaint is hereby DENIED as moot.

**DONE** and **ORDERED** in Orlando, Florida on August 17, 2016.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record