# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**LAURIE BISHOP,**

      **Plaintiff,**

**v.**                                                    Case No:   6:15-cv-2118-Orl-22KRS

**VIP TRANSPORTATION GROUP,**
**LLC, BARBARA WHITE and SIMON**
**WHITE,**

      **Defendants.**

## ORDER

This cause is before the Court on the Second Renewed Joint Motion to Approve Mediated Settlement Agreement and Dismiss Case with Prejudice (Doc. No. 45) filed on April 5, 2017.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.    The Report and Recommendation filed April 7, 2017 (Doc. No. 46), is ADOPTED and CONFIRMED and made a part of this Order.

2.    The Second Renewed Joint Motion to Approve Mediated Settlement Agreement and Dismiss Case with Prejudice is hereby GRANTED. The Court finds the parties' revised settlement agreement is a fair and reasonable resolution of a *bona fide* dispute under the FLSA.

3. Counsel is prohibited from withholding any portion of the $1,336.39 payable to Bishop, the $8,358.33 payable to Donalds, or the $17,263.70 payable to Ramirez under the revised settlement agreement pursuant to a contingent fee agreement or otherwise.

4. This case is DISMISSED WITH PREJUDICE.

5. The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Orlando, Florida on April 27, 2017.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record